PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Veronica Holloway                                    Cr.: 07-069

Name of Sentencing Judicial Officer: John T. Copenhaver, Jr. (S/D W.VA.)

Date of Original Sentence: 10/5/00

Original Offense: Possession With Intent to Distribute Cocaine & Cocaine Base (21:841(a)(1) and Aiding and Abetting (18:02)

Original Sentence: 57 months

Type of Supervision: 5 years supervised release          Date Supervision Commenced: 10/27/03

Assistant U.S. Attorney: John J. Frail                           Defense Attorney: Mary Lou Newberger

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On October 25, 2007 the offender was arrested by members of the Essex County Narcotics Task Force who located the following items in her apartment: 31 grams of crack cocaine in 118 glassine bags; 18 Ecstasy tablets; 3 grams of marijuana; and a fully-loaded 22 caliber pistol with hollow-point bullets. |
| 2. | The offender has violated the supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**'<br><br>On October 25, 2007, police found a 22-caliber pistol in the offender's apartment. |
| 3. | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'<br><br>At the time of her arrest on October 25, 2007 the offender was in the company |

of Desmond Singleton. Singleton is a convicted felon who has a history of drug-trafficking.

5. The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

Since October 10, 2007, the offender has failed to attend treatment at the Family Connections Program in Orange, N.J.

6. The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender failed to report as directed on the following dates: 2/1/05, 3/15/05, 4/12/05, 6/21/05, 9/20/05, 11/01/05, 3/21/06, 5/02/06, 1/16/07, 8//21/07, 9/04/07, and 10/16/07.

I declare under penalty of perjury that the foregoing is true and correct.

By: *Maurine Rush-Blofeld*
Senior U.S. Probation Officer
Date: 11/01/07

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

11/15/07
Date