UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 07-069 |
| VERONICA HOLLOWAY | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Veronica Holloway (Patrick McMahon, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on October 5, 2000; and the defendant having waived the preliminary hearing and having entered a guilty plea on April 8, 2008, to having violated a condition of her supervised release as set forth in Violation No. 5 of the Petition for Warrant for Offender under Supervision dated November 1, 2007, which required that she refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance; that she shall submit to drug treatment, on an outpatient or inpatient basis and abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office; and for good cause shown;

IT IS on this 10th day of April, 2008,

ORDERED that the defendant is adjudged guilty of having violated a condition of her supervised release as set forth in Violation No. 5 of the Petition dated November 1, 2007, which required that she refrain from the illegal possession and/or use of drugs and shall

submit to urinalysis or other forms of testing to ensure compliance; that she shall submit to drug treatment, on an outpatient or inpatient basis and abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of time served (22 days);

IT IS FURTHER ORDERED that upon release from imprisonment, defendant shall be placed on supervised release for a term of one year;

IT IS FURTHER ORDERED that defendant shall enroll to inpatient treatment at the Renaissance House Program in Newark, New Jersey and shall remain at that program for a minimum term of six months, or unless otherwise determined by the U.S. Probation Office;

IT IS FURTHER ORDERED that defendant shall refrain from illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance;

IT IS FURTHER ORDERED that defendant shall submit to drug treatment on an inpatient or outpatient basis as directed by the U.S. Probation Office;

IT IS FURTHER ORDERED that defendant shall abide by the

rules of the program and shall remain in treatment until satisfactorily discharged withe th approval of the U.S. Probation Office;

IT IS FURTHER ORDERED that defendant shall also participate in a mental health program for evaluation and/or treatment and shall remain on medication as directed by the U.S. Probation Office and remain in treatment until satisfactorily discharged with approval of the U.S. Probation Office;

IT IS FURTHER ORDERED that remaining violations in the Petition for Warrant for Offender under Supervision dated November 1, 2007, are hereby dismissed;

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

---
HONORABLE STANLEY R. CHESLER
United States District Judge