PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Veronica M. Holloway

**Docket Number:** 07-00269-001
**PACTS Number:** 27037

**Name of Sentencing Judicial Officer:** HONORABLE Stanley R. Chesler, United States District Judge.

**Date of Original Sentence:** 10/05/2000.

4/10/08: Violation of Supervised Release; supervision revoked. Sentenced to "time served" (22 days). 1 year Supervised release to follow.

**Original Offense:** Possession With Intent to Distribute Cocaine & Cocaine Base (21:841(a)(1) and Aiding and Abetting (18:02).

**Original Sentence:** 57 months imprisonment.

**Type of Supervision:** One year Supervised Release.

**Date Supervision Commenced:** 4/21/08.

**Assistant U.S. Attorney:** Jacob Elberg, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** AFPD Patrick McMahon, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states 'On April 10, 2008 the offender was directed to enter the Renaissance House Program in Newark, New Jersey for inpatient treatment. She was directed to remain at that facility for a period of 6 months.' |
| | The offender entered the Renaissance Program for court-ordered inpatient treatment on April, 21, 2008. |
| | On June 24, 2008 Holloway left the Renaissance House facility against the express directive of the sentencing court and the U.S. Probation Office. |

The Probation Office has determined this conduct constitutes a Grade C violation.

I declare under penalty of perjury that the foregoing is true and correct.

By: Maurine Rush-Blossfeld
Senior U.S. Probation Officer
Date: 8/22/08

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 10/15/08 @ 10:00
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date